# United States Court of Appeals for the Federal Circuit

---

**IN RE BRAD BOOZER, JOSEPH FLAHERTY, TIMOTHY GOLNIK, IAN HARDING AND SRIDHAR IYENGAR,**

*Appellants.*

---

2012-1550

---

Appeal from the United State Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

RYAN E. ANDERSON, Larson & Anderson LLC, of Dillon, Colorado, argued for appellant.

JAMIE L. SIMPSON, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and SCOTT C. WEIDENFELLER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, LINN, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2013        /s/ Jan Horbaly
Date             Jan Horbaly
                Clerk